**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Roseann Humenanski, Christopher O'Neal, and John Doe, Defendants,

Of whom Roseann Humenanski is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-000672

───────────────

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

───────────────

Unpublished Opinion No. 2020-UP-261
Submitted September 1, 2020 – Filed September 2, 2020

───────────────

**AFFIRMED**

───────────────

Vernon Bailey Atkins, III, of Atkins Law Firm, P.A., of Greenville, for Appellant.

Amanda B. Stiles, of the South Carolina Department of Social Services, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:**  Roseann Humenanski appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Humenanski's counsel.

**AFFIRMED.**[1]

**THOMAS, HILL, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.